# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY KOIRO, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00725-MMD-GWF |
| vs. | ) | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPT; OFFICER CHRISTOPHER CATANESE, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Substitution of Counsel (#15) regarding the representation of Defendant Las Vegas Metropolitan Police Department. The substitution is signed by Lyssa S. Anderson, Esq. on behalf of the client and by the two law firms involved in the substitution of counsel. The Court assumes from the substitution that Ms. Anderson has changed law firms and will continue to represent the Defendant in this case through her new law firm. Nevertheless, it does not appear possible for her to be the client and the representative of both law firms in regard to the substitution of counsel. Defendant is directed to submit a substitution that comports with LR IA 10-6(c). Accordingly,

**IT IS HEREBY ORDERED** that the Substitution of Counsel (#15) is **denied**, without prejudice to file a substitution that is executed in conformity with the rules.

DATED this 8th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge